NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Braccica v. Northwell Health Systems      Docket No.: 24-2665

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ronald D. Coleman

Firm: Coleman Law Firm, PC

Address: 50 Park Place, Newark NJ 07102

Telephone: 973-264-9611     Fax:

E-mail: rcoleman@colemanlaw-pc.com

Appearance for: Appellants (all)
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Rachel Dreher )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 16, 2022     OR

[ ] I applied for admission on                                                         .

Signature of Counsel: */s/ Ronald D. Coleman/*

Type or Print Name: Ronald D. Coleman